

# NUMBER 13-21-00465-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SONIA BALBOA,                                                                                   Appellant,

v.

CRISTO REY GARZA,                                                                           Appellee.

## On appeal from the County Court at Law No. 10 of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Hinojosa

On December 15, 2021, appellant Sonia Balboa filed a notice of appeal from a final judgment rendered in favor of appellee Cristo Rey Garza in trial court cause number CL-20-3941-J in the County Court at Law No. 10 of Hidalgo County, Texas. Appellant has now filed an unopposed motion to dismiss this appeal on grounds that the parties have reached an agreement regarding the resolution of this matter. Appellant thus requests

that we dismiss the appeal with all costs associated with this matter being borne by the party that incurred them. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1).

The Court, having examined and fully considered appellant's motion to dismiss the appeal, is of the opinion that it should be granted. *See id.* Accordingly, we grant appellant's motion to dismiss, and we dismiss the appeal. Costs will be taxed against the party incurring same. *See id.* R. 42.1(d).

LETICIA HINOJOSA
Justice

Delivered and filed on the
15th day of September, 2022.